# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| OUIDA S. RICHERSON, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION NO. 04-0490-C |
| THE CANADA LIFE ASSURANCE COMPANY, et al., | : | |
| Defendants. | : | |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the joint motion to dismiss (Doc. 21) be and the same hereby is **GRANTED IN PART** and **DENIED IN PART**. The motion is **DENIED** with respect to plaintiff's statutory penalty claim stated against CHS/. The motion is **GRANTED** with respect to all claims originally asserted against The Canada Life Assurance Company, the state-law fraud claim originally asserted against CHS/ and the denial of benefits claims asserted against CHS/, which are **DISMISSED WITH PREJUDICE**.

**DONE** this the 2nd day of May, 2005.

    S/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**